# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0624
L.T. Case No. 2003-CF-032520-B

_____

LEIGH VALORIE FORD,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

3.800 Appeal from the Circuit Court for Brevard County.
Michelle Lynn Naberhaus, Judge.

Leigh Valorie Ford, Ocala, pro se.

James Uthmeier, Attorney General, Tallahassee, and
Whitney Brown Hartless, Assistant Attorney General,
Daytona Beach, for Appellee.


April 1, 2025


PER CURIAM.

   AFFIRMED. *See* Fla. R. App. P. 9.315(a).

WALLIS, HARRIS and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____